UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

LAMOTTE STEVENSON

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number **08-38M**

I, _LAMOTTE STEVENSON_ charged in a complaint pending in this District with **KNOWINGLY BEING A FELON IN POSSESSION OF A FIREARM**, in violation of Title **18**, U.S.C., **922(g)(1) and 924(a)(2)**, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

_Defendant_

_Counsel for Defendant_

February 19, 2008



FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE